IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WHITNEY SHUNTRELLE DECUIR, | § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 1:25-CV-00098-MJT |
| CLAYTON HOMES and VANDERBILT MORTGAGE & FINANCE, INC., | § § § § | |
| *Defendants*. | § | |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [DKT. 7]**

Plaintiff Whitney Shuntrelle DeCuir filed a *pro se* complaint alleging that Defendants Clayton Homes and Vanderbilt Mortgage & Finance, Inc. violated her federal and state rights relating to a home mortgage loan. [Dkt. 1]. The District Court referred [Dkt. 2] this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On May 14, 2025, Judge Stetson issued a Report and Recommendation [Dkt. 7] advising the Court to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for DeCuir's failure to prosecute and comply with Court orders. Objections to the report were due by June 2, 2025. FED. R. CIV. P. 72(b)(2). To date, no objections to the report have been filed.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 7] is ADOPTED. Pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff Whitney Shuntrelle DeCuir's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute and obey the Court's orders.

**SIGNED this 3rd day of June, 2025.**

Michael J. Truncale
United States District Judge